NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER A. HOCHSTEIN, JEFFREY TENENBAUM,**
AND **HAROLD W. MILTON, JR.,**
*Plaintiffs-Appellants,*

**v.**

**MICROSOFT CORPORATION,**
*Defendant-Appellee,*

*and*

**SONY COMPUTER ENTERTAINMENT AMERICA, INC.,**

*Defendant.*

---

2010-1551

---

Appeal from the United States District Court for the Eastern District of Michigan in Case No 04-CV-73071, Judge Paul D. Borman.

---

**JUDGMENT**

---

THOMAS A. LEWRY, Brooks Kushman P.C., of Southfield, Michigan, argued for plaintiffs-appellants. With him on the brief were MARK A. CANTOR and JOHN S. LEROY.

CONSTANTINE L. TRELA, JR., Sidley Austin LLP, of Chicago, Illinois, argued for defendant-appellee. With him on the brief were DAVID T. PRITIKIN, RICHARD A. CEDEROTH and CONSTANTINE KOUTSOUBAS. Of counsel on the brief was STACY QUAN, Microsoft Corporation, of Redmond, Washington.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 20, 2011    /s/ Jan Horbaly
Date          Jan Horbaly
Clerk